UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARY DIANNE BRICKEL,

                       Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------X

20 CIVIL 11033 (KMK)(AEK)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/20/2021

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated October 20, 2021, that the decision of the Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
           October 20, 2021

                                                             RUBY J. KRAJICK

                                                               Clerk of Court
                                            BY:
                                                             *K/Mango*
                                                             **Deputy Clerk**